SAMUEL COHEN v. THE PACIFIC STEAM NAVIGATION COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied,

with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

YETTA KRITZER, as Administratrix, etc., v. THE CHLORAL CHEMICAL CO., INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley and Townley, JJ.